

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT ILLINOIS

MICHAEL MCNULTY,
                    Plaintiff

        versus

INTERNAL REVENUE SERVICE,
                    Defendant

**FILED**

**DEC 2 3 2019** JБ

**THOMAS G. BRUTON**
**CLERK, U.S. DISTRICT COURT**

### FIRST AMENDED COMPLAINT FOR INJUNCTIVE RELIEF

1. Plaintiff files this First Amended Complaint for Injunctive Relief as a matter of course, pursuant to FRCP 15. On December 19, 2019, Plaintiff requested leave from the attorney assigned to this case to amend the Complaint in order to attach three exhibits. On December 20, 2019, Plaintiff again requested leave to amend in order to attach three additional exhibits. Opposing counsel promptly granted leave on both occasions.

2. The Plaintiff seeks the disclosure of agency records improperly withheld from him by the Internal Revenue Service (the "IRS" or the "Defendant") and thus brings this action for injunctive and other appropriate relief pursuant to the Privacy Act of 1974, 5 U.S.C. § 552a et seq., and the Freedom of Information Act, 5 U.S.C. § 552(a) et seq.

### PARTIES

3. Plaintiff Michael McNulty is a citizen of the United States and a resident of Illinois. Plaintiff is holder of a valid durable power of attorney for Plaintiff's father, William B. McNulty Jr. (hereinafter "Plaintiff's father")

4. Defendant is a component of the Department of Treasury and therefore, an agency of the United States Government within the meaning of 5 U.S.C. § 552(f)(1) and 5 U.S.C. § 552a(a)(1). Defendant is in possession and/or control of the requested records pertaining to Plaintiff's father. Defendant is headquartered at 1111 Constitution Avenue, N.W., Washington, D.C. 20224.

## JURISDICTION AND VENUE

5. The Court has both subject matter jurisdiction over this action and personal jurisdiction over the defendant pursuant to 5 U.S.C. § 552(a)(4)(B), 5 U.S.C. § 552a(g)(1), and 28 U.S.C. § 1331. Venue is proper in this district pursuant to 5 U.S.C. § 552(a)(4)(B), 5 U.S.C. § 552a(g)(5), and 28 U.S.C. § 1391(e).

## FACTS

6. On December 9th, 2013, Plaintiff applied for an Offer in Compromise pursuant to 26 U.S.C. § 7122 on behalf of Plaintiff's father, who owed a significant balance in back taxes. *See* Ex. D.

7. This Offer in Compromise was accepted by the Defendant on July 7th, 2014 and Plaintiff subsequently complied with the offer, making payment to the Defendant of $8,000 as of November 18th, 2014. However, some later correspondence from Defendant suggested that the larger outstanding balance was still owed, despite the acceptance and payment of this Offer in Compromise. *See* Ex. E & F.

8. Around the same time, in 2014, in the context of a civil lawsuit in Illinois state court, Plaintiff was accused of fraud by Plaintiff's father's ex-wife and an attorney named Curtiss Ross was appointed by the state court to investigate these fraud allegations. This investigation was handled by an IRS employee named James Malone. While the fraud charges proved to be unfounded, the ordeal caused a significant harm to Plaintiff, financially and otherwise, which Plaintiff intends to redress.

9. On February 27, 2019, pursuant to 5 U.S.C § 552, Plaintiff submitted a request for all notes of correspondence between Defendant and himself, Defendant and Plaintiff's father, and Defendant and Curtiss Ross. Plaintiff had a material interest in these records because the records would bear out the acceptance of the Offer in Compromise as well as the falsity of the fraud allegations against Plaintiff. *See* Plaintiff's FOIA Request at Ex. A.

10. In a letter dated June 4, 2019, Defendant delivered yet, refused to release a portion of the records, citing two different exemptions to 5 U.S.C § 552. However, this refusal was based on an erroneous reading of the law; well beyond the Defendant's exercising of two options

establishing legal deadline of April 10th, 2019 to procure the FOIA documents. *See* IRS June 4, 2019 IRS Letter at Ex. C.

11. First, Defendant refused to release some of the records on the grounds that their disclosure is prohibited by 26 U.S.C § 6103. This section, part of the Internal Revenue Code, prohibits disclosure of tax information to unauthorized parties, and thus, in the view of Defendant, prohibited disclosure of communications between Defendant and Curtiss Ross to Plaintiff. *See* Ex. B & C.

12. However, 26 U.S.C § 6103 only applies to tax returns and "return information," not correspondence between Defendant and another party. Thus, this exemption does not apply.

13. Defendant also refused to release some of the correspondence between James Malone and Curtiss Ross on the grounds that it was protected by "attorney client privilege" and thus exempt from disclosure under 5 U.S.C § 552(b)(5). *See* Ex. C.

14. However, attorney-client privilege does not in fact apply to these communications. James Malone was not an attorney and in any event representing a client at all but was rather merely an IRS employee investigating fraud allegations. Attorney-client privilege covers communications between an attorney and client. *See generally, e.g.*, Waste Management, Inc. v. Inter. Surplus Lines Ins. Co., 579 NE 2d 322, 326-27 (Illinois Supreme Court, 1991)(describing attorney-client privilege in Illinois).

15. As such, the Defendant's withholding of this information was not consistent with the law.

**CAUSE OF ACTION: VIOLATION OF 5 U.S.C. § 552(a)**

16. Defendant is unlawfully withholding records requested by Plaintiff pursuant to 5 US..C. § 552.

17. Plaintiff has exhausted applicable administrative remedies.

18. Plaintiff is being irreparably harmed by reason of Defendant's unlawful withholding of requested records. Plaintiff will continue to be irreparably harmed unless Defendant is compelled to conform its conduct to the requirements of the law.

19. Lastly, Plaintiff demands all notes pertaining to Case File #6789236. These were established amongst IRS employee Ms. Johnson and Ms. Williams, located in Chicago, IL, at the Federal Kluczynksi building.

WHEREFORE, Plaintiff respectfully requests that the Court: (1) declare that Defendant violated the Freedom of Information Act; (2) order Defendant to immediately disclose the requested records in their entirety and make copies available to Plaintiff; (3) award Plaintiff reasonable costs and attorney's fees as provided in 5 U.S.C. §552(a)(4)(E); and (4) grant such

other relief as the Court deems just and proper.

Dated December 23, 2019

Respectfully Submitted,

Michael McNulty, *pro se*

657 W. Fulton Street, Unit 601

Chicago IL 60661



2/27/19 Submission

Michael C. McNulty
657 W. Fulton St., Unit 601
Chicago, IL 60661

27 February 2019

Internal Revenue Service
Central Processing Unit
Stop 93A
Post Office Box 621506
Atlanta, GA 30362
(fax) 877-891-6035

Dear Disclosure Manager,

This is a request under the Freedom of Information Act/Privacy Act.

I request that a copy of the following documents be provided to me. I do not wish to inspect the documents first. In order to determine my status for the applicability of fees, you should know that I am the son and Durable Power of Attorney to William B. McNulty Jr., (SSN 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).

- All notes of correspondence between Michael C. McNulty, William B. McNulty Jr., and James Malone (Retired IRS Employee: Employee ID 0178389).
- All notes of correspondence between Curtiss Ross and the Internal Revenue Service.
- All notes of correspondence having anything to do with William B. McNulty Jr. during the years of 2005 to present.

I am an **"Other" Requester** seeking information for personal or non-commercial use as I continue to deal with my fathers prior resolved IRS affairs.

As proof of identity I am including a photocopy of my driver's license, notarized declaration, sworn statement, etc.

I am willing to pay fees for this request up to a maximum of $50. If you estimate that the fees will exceed this limit, please inform me first.

Thank you for your consideration of this request.

Sincerely,

Michael C McNulty

Michael C. McNulty

Durable Power of Attorney to William B. McNulty Jr.





**PRIVACY, GOVERNMENTAL
LIAISON AND DISCLOSURE**

**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
WASHINGTON, DC 20224

March 26, 2019

Michael McNulty
657 W. Fulton St., Unit 601
Chicago, IL 60661

In Re: W. McNulty

Dear Mr. McNulty:

I am responding to your Freedom of Information Act (FOIA) request dated February 27, 2019 that we received on February 27, 2019.

I am unable to send the information you requested by March 27, 2019, which is the 20 business-day period allowed by law. I apologize for any inconvenience this delay may cause.

**STATUTORY EXTENSION OF TIME FOR RESPONSE**
The FOIA allows an additional ten-day statutory extension in certain circumstances. To complete your request, I need additional time to search for, collect and review responsive records from other locations. We have extended the statutory response date to April 10, 2019, after which you can file suit. An administrative appeal is limited to a denial of records, so it does not apply in this situation.

**REQUEST FOR ADDITIONAL EXTENSION OF TIME**

Unfortunately, we will still be unable to locate and consider release of the requested records by April 10, 2019. We have extended the response date to June 7, 2019 when we believe we can provide a final response.

You do not need to reply to this letter if you agree to this extension. You may wish to consider limiting the scope of your request so that we can process it more quickly. If you want to limit your request, please contact the individual named below. If we subsequently deny your request, you still have the right to file an administrative appeal.

If you dispute this response you may contact our FOIA Public Liaison, Jason Angelotti, for assistance at (954) 991-4022 or at 7850 S.W. 6TH Court, Plantation, FL 33324-3202.

2

The FOIA Public Liaison responds to FOIA and Privacy Act requests for copies of documents maintained by the IRS. There is no provision in either Act to resolve tax, collection. or processing issues and our staff is not trained to answer questions regarding those issues. If you need assistance with tax related issues you may call the IRS toll free number at 1-800-829-1040.

You may also wish to contact the Office of Government Information Services (OGIS), the Federal FOIA Ombudsman's office. which offers mediation services to help resolve disputes between FOIA requesters and Federal agencies. The contact information for OGIS is

> Office of Government Information Services
> National Archives and Records Administration
> 8601 Adelphi Road--OGIS
> College Park, MD 20740-6001
> (202) 741-5770
> (877) 684-6448
> ogis@nara.gov
> ogis.archives.gov

You may file suit if you do not agree to an extension beyond the statutory period. Your suit may be filed in the U.S. District Court:

- Where you reside or have your principal place of business
- Where the records are located, or
- In the District of Columbia

You may file suit after April 10, 2019. Your complaint will be treated according to the Federal Rules of Civil Procedure applicable to actions against an agency of the United States. These procedures require that the IRS be notified of the pending suit through service of process, which should be directed to:

> Commissioner of Internal Revenue
> Attention: CC:PA: Br 6/7
> 1111 Constitution Avenue. NW
> Washington, D.C. 20224

The FOIA provides access to existing records. Extending the time period for responding to your request will not delay or postpone any administrative, examination, investigation or collection action.

3

If you have any questions, please call Disclosure Tax Law Specialist Aaron Edelman, ID # 1001393988, at (267) 941-6315 or write to: Internal Revenue Service, Disclosure Office #2, P.O. Box 621506, Stop 211, Atlanta, GA 30362-3006. Please refer to case number F19059-0002.

Sincerely,

Jason Angelotti
Disclosure Manager
Disclosure Office 2



**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
WASHINGTON, DC 20224

**PRIVACY, GOVERNMENTAL
LIAISON AND DISCLOSURE**

June 4, 2019

Michael McNulty
657 W. Fulton Street
Unit 601
Chicago, IL 60661

In Re: William B. McNulty

Dear Mr. McNulty:

I am responding to your Freedom of Information Act (FOIA) request dated February 27, 2019 that we received on February 28, 2019.

You asked for 3 items pertaining to your client for tax years 2005 through 2018.

I am sending you a CD with the requested information in a separate letter.

Your passphrase for F19059-0002 is **#FOIA4mcnulty**. To access the information on the CD, please follow the steps below:

1. Double click the .exe file to retrieve the documents.
2. Choose your destination on your system to extract the file.
3. Select Ok.
4. Enter the passphrase **#FOIA4mcnulty** to decrypt your responsive documents.
5. Select Ok.

If you have any questions please call Disclosure Specialist Lisa Soli ID # 1000199298, at 267-941-6326 or write to: Internal Revenue Service, Centralized Processing Unit – Stop 93A, PO Box 621506, Atlanta, GA 30362. Please refer to case # F19059-0002.

Sincerely,

Lisa Soli

Lisa Soli
Disclosure Specialist
Disclosure Office 2



**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
WASHINGTON, DC 20224

PRIVACY, GOVERNMENTAL
LIAISON AND DISCLOSURE

June 4, 2019

Michael McNulty
657 W. Fulton Street
Unit 601
Chicago, IL 60661

In Re: William B. McNulty Jr.

Dear Mr. McNulty:

I am responding to your Freedom of Information Act (FOIA) request dated
February 27, 2019 that we received on February 28, 2019.

You asked for a copy of 1.) All notes of correspondence between Michael C. McNulty,
William B. McNulty Jr., and James Malone; 2.) All notes of correspondence between
Curtiss Ross and the IRS; and 3.) All notes of correspondence having anything to do
with William B. McNulty Jr. during tax years 2005 through present. Of the 607 pages
located in response to your request, I am enclosing 606 pages pertaining to items #1
and #3. I am withholding 6 pages in part and 1 page in full for the following reasons:

- We are denying access to some of the requested records. FOIA exemption
  (b)(3) requires us to withhold information that is specifically exempted from
  disclosure by another law. The law supporting this exemption is Title 26 United
  States Code section 6103(a).
- FOIA exemption (b)(5) exempts from disclosure inter-agency or intra-agency
  memorandums or letters which would not be available by law to a party other
  than an agency in litigation with the agency. The specific privilege covered by
  this exemption is: The attorney-client privilege protects confidential
  communications between an attorney and a client relating to a legal matter for
  which the client has sought professional advice.

I found no records pertaining to item #2.

The redacted portions of each page are marked by the applicable FOIA exemptions.
This constitutes a partial denial of your request.

2

We are providing your documents in electronic format. The enclosed CD contains your documents and is encrypted. The password to open the files is being mailed separately. Currently there is no charge for the enclosed records. If you determine you need me to provide a printed copy of the documents, please call Specialist Lisa Soli at the phone number shown below. You will be charged $.20 per page after an allowance of 100 pages at no charge for printed documents.

You may contact the FOIA Public Liaison, Jason Angelotti, to discuss your request at:

7850 SW 6th Ct, Stop 4030, Plantation FL 33324-3202
954-991-4022

The FOIA Public Liaison responds to FOIA and Privacy Act requests for copies of documents maintained by the IRS. There is no provision in either Act to resolve tax, collection, or processing issues and our staff is not trained to answer questions regarding those issues. If you need assistance with tax related issues you may call the IRS toll free number at 1-800-829-1040.

If you are unable to resolve your FOIA dispute through the FOIA Public Liaison, the Office of Government Information Services (OGIS), the Federal FOIA Ombudsman's Office, offers mediation services to help resolve disputes between FOIA requesters and Federal agencies. The contact information for OGIS is:

Office of Government Information Services
National Archives and Records Administration
8601 Adelphi Road--OGIS
College Park, MD 20740-6001
202-741-5770
877-684-6448
ogis@nara.gov
ogis.archives.gov

You have the right to file an administrative appeal within 90 days of the date of this letter. By filing an appeal, you preserve your rights under FOIA and give the agency a chance to review and reconsider your request and the agency's decision. I've enclosed Notice 393, Information on an IRS Determination to Withhold Records Exempt From the Freedom of Information Act - 5 U.S.C. 552, to explain your appeal rights.

3

If you have any questions please call Disclosure Specialist Lisa Soli ID # 1000199298, at 267-941-6326 or write to: Internal Revenue Service, Centralized Processing Unit – Stop 93A, PO Box 621506, Atlanta, GA 30362.  Please refer to case # F19059-0002.

Sincerely,

Jason Angelotti
Disclosure Manager
Disclosure Office 2

Enclosures (2)
  Responsive Records via CD
  Notice 393

 Department of the Treasury
Internal Revenue Service

## Notice 393
(Rev. September 2016)

### Information on an IRS Determination to Withhold Records Exempt From The Freedom of Information Act – 5 U.S.C. 552

### Appeal Rights

You may file an appeal with the Internal Revenue Service (IRS) within 90 days after we (1) deny you access to a record in whole or in part; (2) have made an adverse determination as to your category as a requester; (3) deny your request for a fee waiver or reduction; or (4) have advised you that no records responsive to your request exist. You may file an appeal within 10 days when a request for expedited processing has been denied.

Your appeal must be in writing, must be signed by you, and must contain:

Your name and address,
- Description of the requested records,
- Date of the request (and a copy, if possible),D
- Identity of the office and contact on the response letter, and
- Date of the letter denying the request (and a copy, if possible)

Mail your appeal to:

### IRS Appeals

Attention: FOIA Appeals
M/Stop 55202
5045 E. Butler Ave.
Fresno, California 93727-5136

### Judicial Review

If we deny your appeal, or do not address an issue raised in your appeal within 20 days (excluding Saturdays, Sundays, or legal public holidays) after the date we receive your appeal, you may file a complaint in United States District Court in the district in which (1) you reside; (2) your principal place of business is located; (3) the records are located; or (4) the District of Columbia. A complaint may be filed within 10 days (excluding Saturdays, Sundays, or legal public holidays) after the date we receive your appeal if your appeal is from an adverse determination of a request for expedited processing. If you choose to file suit before receipt of a final determination by the Appeals office, the administrative appeals process may cease.

The rule for effecting service of judicial process upon the Internal Revenue Service is set forth in Federal Rule of

Civil Procedure 4(i). In addition to service upon the United States, as set forth in Rule 4(i)(1), service must be made upon the Internal Revenue Service by registered or certified mail as set forth in Rule 4(i)(2)(A).

The address of the Internal Revenue Service is: Internal Revenue Service, Attention CC:PA, 1111 Constitution Avenue, N.W., Washington, D.C. 20224.

### Exemptions

The Freedom of Information Act, 5 U.S.C. 552, does not apply to matters that are:

(b)(1) • specifically authorized under criteria established by an Executive order to be kept secret in the interest of national defense or foreign policy and are in fact properly classified under such executive order,

(b)(2) • related solely to the internal personnel rules and practices of an agency,

(b)(3) • specifically exempted from disclosure by statute (other than section 552b of this title), provided that the statute:

(A) requires that the matters be withheld from the public in such a manner as to leave no discretion on the issue, or

(B) establishes particular criteria for withholding or refers to particular types of matters to be withheld.

**Note:** Internal Revenue Code sections 6103 and 6105 are statutes which qualify for exemption 3 treatment. Section 6103 protects the confidentiality of tax returns and information pertaining to a taxpayer collected by the IRS. Section 6105 protects information obtained from a foreign country under a tax treaty.

(b)(4) • trade secrets and commercial or financial information obtained from a person and privileged or confidential,

(b)(5) • inter-agency or intra-agency memorandums or letters which would not be available by law to a party other than an agency in litigation with the agency,

(b)(6) • personnel and medical files and similar files the disclosure of which would constitute a clearly unwarranted invasion of personal privacy,

(b)(7) • records or information compiled for law enforcement purposes, but only to the extent that the production of such law enforcement records or information:

(A) could reasonably be expected to interfere with enforcement proceedings,



Department of the Treasury — Internal Revenue Service

Form **656**
(Rev. May 2012)

# Offer in Compromise

Attach Application Fee and Payment *(check or money order)* here.

| Section 1 | Your Contact Information | IRS Received Date |
| --- | --- | --- |

Your First Name, Middle Initial, Last Name
William B. McNulty Jr.

If a Joint Offer, Spouse's First Name, Middle Initial, Last Name

IRS Received Date

DEC 2 0 2013

Your Physical Home Address *(Street, City, State, ZIP Code)*
174 Linden Street, Winnetka, IL 60093

Mailing Address *(if different from above or Post Office Box number)*

Business Name
N/A

Your Business Address *(Street, City, State, ZIP Code)*

| Social Security Number (SSN) | | Employer Identification Number | |
| --- | --- | --- | --- |
| *(Primary)* | *(Secondary)* | *(EIN)* | *(EIN not included in offer)* |
| 351 – 40 – 8983 | – – | – | – |

## Section 2 — Tax Periods

**To: Commissioner of Internal Revenue Service**

In the following agreement, the pronoun "we" may be assumed in place of "I" when there are joint liabilities and both parties are signing this agreement.

I submit this offer to compromise the tax liabilities plus any interest, penalties, additions to tax, and additional amounts required by law for the tax type and period(s) marked below:

- [X] 1040 Income Tax-Year(s) 2005, 2006, 2009, 2010, 2011
- [ ] 1120 Income Tax-Year(s)
- [ ] 941 Employer's Quarterly Federal Tax Return - Quarterly period(s)
- [ ] 940 Employer's Annual Federal Unemployment (FUTA) Tax Return - Year(s)
- [ ] Trust Fund Recovery Penalty as a responsible person of *(enter corporation name)*
  for failure to pay withholding and Federal Insurance Contributions Act taxes (Social Security taxes), for period(s) ending
- [ ] Other Federal Taxes (specify type(s) and period(s))

Note: If you need more space, use attachment and title it "Attachment to Form 656 dated _____." Make sure to sign and date the attachment.

## Section 3 — Reason for Offer

- [ ] Doubt as to Collectibility - I have insufficient assets and income to pay the full amount.
- [X] Exceptional Circumstances (Effective Tax Administration) - I owe this amount and have sufficient assets to pay the full amount, but due to my exceptional circumstances, requiring full payment would cause an economic hardship or would be unfair and inequitable. I am submitting a written narrative explaining my circumstances.

## Section 3 *(Continued)* — Reason for Offer

Explanation of Circumstances *(Add additional pages, if needed)*

The IRS understands that there are unplanned events or special circumstances, such as serious illness, where paying the full amount or the minimum offer amount might impair your ability to provide for yourself and your family. If this is the case and you can provide documentation to prove your situation, then your offer may be accepted despite your financial profile. Describe your situation below and attach appropriate documents to this offer application.

My father is currently involved in divorce proceedings which alone has created significant irreparable financial hardship. Due to illness, he failed to file taxes over many years, and in 2007 and 2008, his tax overpayments of $15,938 were forfeited due to lack of filing. Last year, I became aware of his tax situation and he took power of attorney away from his estranged wife, putting it in my hands, which enabled me to pull the necessary documents together to file joint back taxes, and continue to try to make things right. Please refer to the attached letter for additional information.

## Section 4 — Low Income Certification *(Individuals Only)*

Do you qualify for Low-Income Certification? You qualify if your gross monthly household income is less than or equal to the amount shown in the chart below based on your family size and where you live. If you qualify, you are not required to submit any payments during the consideration of your offer.

☐ Check here if you qualify for Low-Income Certification based on the monthly income guidelines below.

| Size of family unit | 48 contiguous states and D.C. | Hawaii | Alaska |
|---|---|---|---|
| 1 | $2,327 | $2,679 | $2,910 |
| 2 | $3,152 | $3,627 | $3,942 |
| 3 | $3,997 | $4,575 | $4,973 |
| 4 | $4,802 | $5,523 | $6,004 |
| 5 | $5,627 | $6,471 | $7,035 |
| 6 | $6,452 | $7,419 | $8,067 |
| 7 | $7,277 | $8,367 | $9,098 |
| 8 | $8,102 | $9,315 | $10,129 |
| For each additional person, add | $825 | $948 | $1,031 |

## Section 5 — Payment Terms

⬇ Check one of the payment options below to indicate how long it will take you to pay your offer in full ⬇

**Lump Sum Cash**

Enter the amount of your offer $ _____

*"Attached is an addendum dated 5/21/18 setting forth the amended offer amount and payment terms."*

☐ Check here if you will pay your offer in five or fewer payments:

Enclose a check for 20% of the offer amount (waived if you are an individual and met the requirements for Low-Income certification) and fill in the amount(s) and date(s) of your future payment(s). Your offer must be fully paid 24 months from the date your offer is accepted.

| Total Offer Amount | – | 20% Initial Payment | = | Remaining Balance |
|---|---|---|---|---|
| $ | – | $ | = | $ |

You may pay the remaining balance in one payment after acceptance of the offer or up to five payments.

1) $ _____ paid on the _____ (day) _____ month(s) after acceptance.
2) $ _____ paid on the _____ (day) _____ month(s) after acceptance.
3) $ _____ paid on the _____ (day) _____ month(s) after acceptance.
4) $ _____ paid on the _____ (day) _____ month(s) after acceptance.
5) $ _____ paid on the _____ (day) _____ month(s) after acceptance.

**Periodic Payment**

Enter the amount of your offer $ 8,000

☒ Check here if you will pay your offer in full in more than five monthly installments.

Enclose a check for one month's installment (waived if you are an individual and met the requirements for Low-Income certification)

$ 1600 is being submitted with the Form 656 and then $ 533.33 on the 17th (day) of each month thereafter for a total of 12 months (may not exceed 24). Total payments must equal the total Offer Amount.

You must continue to make these monthly payments while the IRS is considering the offer. Failure to make regular monthly payments will cause your offer to be returned.

## Section 6 — Designation of Down Payment and Deposit *(Optional)*

If you want your payment to be applied to a specific tax year and a specific tax debt, please tell us the tax form _____ and Tax Year/Quarter _____. If you do not designate a preference, we will apply any money you send in to the governments best interest.

If you are paying more than the required payment when you submit your offer and want any part of that payment treated as a deposit, check the box below and insert the amount.

☐ I am making a deposit of $ _____ with this offer.

## Section 7 — Source of Funds and Making Your Payment

Tell us where you will obtain the funds to pay your offer. You may consider borrowing from friends and/or family, taking out a loan, or selling assets.

I will obtain the initial funds as an extended non-interest bearing loan from my son.

Include separate checks for the payment and application fee.

Make checks payable to the "United States Treasury" and attach to the front of your Form 656, Offer in Compromise. All payments must be in U.S. dollars. Do not send cash. Send a separate application fee with each offer; do not combine it with any other tax payments, as this may delay processing of your offer. Your offer will be returned to you if the application fee and the required payments are not properly remitted, or if your check is returned for insufficient funds.

## Section 8 — Offer Terms

By submitting this offer, I/we have read, understand and agree to the following terms and conditions:

| | |
|---|---|
| Terms, Conditions, and Legal Agreement | a) I request that the IRS accept the offer amount listed in this offer application as payment of my outstanding tax debt (including interest, penalties, and any additional amounts required by law) as of the date listed on this form. I authorize the IRS to amend Section 2 on page 1 in the event I failed to list any of my assessed tax debt. I understand that my offer will be accepted, by law, unless IRS notifies me otherwise, in writing, within 24 months of the date my offer was received by IRS. |
| IRS will keep my payments, fees, and some refunds. | b) I voluntarily submit the payments made on this offer and understand that they are not refundable even if I withdraw the offer or the IRS rejects or returns the offer. Unless I designated how to apply the required payment (page 3 of this application), the IRS will apply my payment in the best interest of the government, choosing which tax years and tax liabilities to pay off. The IRS will also keep my application fee unless the offer is not accepted for processing. |
| | c) The IRS will keep any refund, including interest, that I might be due for tax periods extending through the calendar year in which the IRS accepts my offer. I cannot designate that the refund be applied to estimated tax payments for the following year or the accepted offer amount. If I receive a refund after I submit this offer for any tax period extending through the calendar year in which the IRS accepts my offer, I will return the refund as soon as possible. |
| | d) The IRS will keep any monies it has collected prior to this offer and any payments that I make relating to this offer that I did not designate as a deposit. Only amounts that exceed the mandatory payments can be treated as a deposit. Such a deposit will be refundable if the offer is rejected or returned by the IRS or is withdrawn. I understand that the IRS will not pay interest on any deposit. The IRS may seize ("levy") my assets up to the time that the IRS official signs and accepts my offer as pending. |
| Pending status of an offer and right to appeal | e) Once an authorized IRS official signs this form, my offer is considered pending as of that signature date and it remains pending until the IRS accepts, rejects, returns, or terminates my offer or I withdraw my offer. An offer is also considered pending for 30 days after any rejection of my offer by the IRS, and during the time that any decision on my offer is being considered by the Appeals Office. An offer will be considered withdrawn when the IRS receives my written notification of withdrawal by personal delivery or certified mail or when I inform the IRS of my withdrawal by other means and the IRS acknowledges in writing my intent to withdraw the offer. |
| | f) I waive the right to an Appeals hearing if I do not request a hearing within 30 days of the date the IRS notifies me of the decision to reject the offer. |
| I must comply with my future tax obligations and understand I remain liable for the full amount of my tax debt until all terms and conditions of this offer have been met. | g) I will file tax returns and pay required taxes for the five year period beginning with the date of acceptance of this offer. If this is an offer being submitted for joint tax debt, and one of us does not comply with future obligations, only the non-compliant taxpayer will be in default of this agreement. |
| | h) The IRS will not remove the original amount of my tax debt from its records until I have met all the terms and conditions of this offer. Penalty and interest will continue to accrue until all payment terms of the offer have been met. If I file for bankruptcy before the terms are fully met, any claim the IRS files in the bankruptcy proceedings will be a tax claim. |
| | i) Once the IRS accepts my offer in writing, I have no right to contest, in court or otherwise, the amount of the tax debt. |
| I understand what will happen if I fail to meet the terms of my offer (e.g., default). | j) If I fail to meet any of the terms of this offer, the IRS may levy or sue me to collect any amount ranging from the unpaid balance of the offer to the original amount of the tax debt without further notice of any kind. The IRS will continue to add interest, as Section 6601 of the Internal Revenue Code requires, on the amount the IRS determines is due after default. The IRS will add interest from the date I default until I completely satisfy the amount owed. |
| I agree to waive time limits provided by law. | k) To have my offer considered, I agree to the extension of the time limit provided by law to assess my tax debt (statutory period of assessment). I agree that the date by which the IRS must assess my tax debt will now be the date by which my debt must currently be assessed plus the period of time my offer is pending plus one additional year if the IRS rejects, returns, or terminates my offer or I withdraw it. (Paragraph (e) of this section |

Page 4 of 4

## Section 8 – (Continued) — Offer Terms

(fines pending and withdrawal). I understand that I have the right not to waive the statutory period of assessment or to limit the waiver to a certain length or certain periods or issues. I understand, however, that the IRS may not consider my offer if I refuse to waive the statutory period of assessment or if I provide only a limited waiver. I also understand that the statutory period for collecting my tax debt will be suspended during the time my offer is pending with the IRS, for 30 days after any rejection of my offer by the IRS, and during the time that any rejection of my offer is being considered by the Appeals Office.

| I understand the IRS may file a Notice of Federal Tax Lien on my property. | l) The IRS may file a Notice of Federal Tax Lien during the offer investigation. The IRS may file a Notice of Federal Tax Lien to protect the Government's interest on offers that will be paid over time. This tax lien will be released when the payment terms of the accepted offer have been satisfied. |
| I authorize the IRS to contact relevant third parties in order to process my offer | m) By authorizing the IRS to contact third parties including credit bureaus, I understand that I will not be notified of which third parties the IRS contacts as part of the offer application process, as stated in section 7602(c) of the Internal Revenue Code. |
| I am submitting an offer as an individual for a joint liability | m n) I understand if the liability sought to be compromised is the joint and individual liability of myself and my co-obligor(s) and I am submitting this offer to compromise my individual liability only, then if this offer is accepted, it does not release or discharge my co-obligor(s) from liability. The United States still reserves all rights of collection against the co-obligor(s). |

## Section 9 — Signatures

Under penalties of perjury, I declare that I have examined this offer, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct and complete.

| Signature of Taxpayer/Corporation Name | Phone Number | Date (mm/dd/yyyy) |
|---|---|---|
| W? M Nulty | 847-446-1795 | 12/9/13 |
| Signature of Taxpayer/Authorized Corporate Officer | Phone Number | Date (mm/dd/yyyy) |

## Section 10 — Paid Preparer Use Only

| Signature of Preparer | Phone Number | Date (mm/dd/yyyy) |
|---|---|---|
| Name of Paid Preparer | | Preparer's CAF no. or PTIN |

Firm's Name, Address, and ZIP Code

*Include a valid, signed Form 2848 or 8821 with this application, if one is not on file.*

## Section 11 — Third Party Designee

| Do you want to allow another person to discuss this offer with the IRS? | [X] Yes | [ ] No |

If yes, provide designee's name — Michael C. McNulty    Telephone Number ( 847 ) 471-2175

**IRS Use Only**
I accept the waiver of the statutory period of limitations on assessment for the Internal Revenue Service, as described in Section 8 (k).

| Signature of Authorized Internal Revenue Service Official | Title | Date (mm/dd/yyyy) |
|---|---|---|
| [signature] | OIC | 12/23/13 |

## Privacy Act Statement

We ask for the information on this form to carry out the internal revenue laws of the United States. Our authority for requesting the information is Section 7801 of the Internal Revenue Code.

Our purpose for requesting the information is to determine if it is in the best interest of the IRS to accept an offer. You are not required to make an offer, if you choose to do so, you must provide all of the relevant information requested. Failure to provide all of the information may prevent us from processing your request.

If you are a paid preparer and you prepared the return for the taxpayer submitting an offer, we request that you complete and sign section 10 on Form 656, and provide identifying information. Providing this information is voluntary. This information will be used to administer and enforce the internal revenue laws of the United States and may be used to assist us in the offer application, to collect tax liability that may arise in the future, or to prosecute. Routine uses of this information include giving it to the Department of Justice for civil and criminal litigation, and to cities, states, the District of Columbia, and U.S. commonwealths and possessions for use in administering their tax laws. We may also disclose this information to other countries under a tax treaty, to federal and state agencies to enforce federal nontax criminal laws, or to federal law enforcement and intelligence agencies to combat terrorism. Providing false or fraudulent information may subject you to penalties.

We may also disclose this information to cities, states, the District of Columbia, and U.S. commonwealths and possessions to carry out their tax laws. We may disclose this information to other countries under a tax treaty, to federal and state agencies to enforce federal nontax criminal laws, or to federal law enforcement and intelligence agencies to combat terrorism.

Please note that by law you are not required to provide information requested on this form unless it displays a valid OMB control number.



Department of the Treasury

Internal Revenue Service
Centralized OIC
PO Box 9011
Holtsville, NY  11742

Date of this Letter:   JUL 7 2014

Person to Contact:
A. Carbaugh
Employee #:0177287
Phone#:(631)447-4018 EXT.
08:00am-08:00pm Mon-Fri

Taxpayer ID#:***-**-8983
Offer Number:1001170744

WILLIAM B MCNULTY JR
174 LINDEN STREET
WINNETKA, IL 60093

Dear Mr. McNulty Jr,

    We have accepted your offer in compromise signed and dated by you
on 12/09/2013 and as modified by an addendum dated 05/21/2014.
The date of acceptance is the date of this letter and our acceptance is
subject to the terms and conditions on the enclosed Form 656, Offer in
Compromise.

    Your offer was accepted based on effective tax administration
or doubt as to collectibility with special circumstances.  If you
paid the application fee when you submitted your offer it will
be applied against the amount of the offer.  If you paid the
application fee and would like the application fee refunded
to you rather than applied against the amount of the offer, you
must notify us in writing at the address below within 30 days
from the date of this letter.  If you request a refund, any
amount due under the offer will not be reduced by the amount of
the fee.

    We have applied a total of $4,266.69 as payments toward
your accepted offered amount.  The last payment received was for
$533.33 received on 05/15/2014.

    Please note that the conditions of the offer require you to timely
file and pay all required taxes for five tax years (including any
extensions). This will begin on the date shown in the upper right hand
corner of this letter.

    Additionally, please remember that the conditions of the offer
include the provision that as additional consideration for the offer,
we will retain any refunds or credits that you may be entitled to
receive for 2014 or for earlier tax years.  This includes refunds you
receive in 2015 for any overpayments you made toward tax year 2014 or
toward earlier tax years.  These refunds or credits will be applied
to your liability, not to your accepted offer amount.  If a Notice
of Federal Tax Lien was filed on your account, it will be released
when the offer amount is paid in full.  If the final payment is by
credit or debit card, the Notice of Federal Tax Lien will not be
released for up to 120 days from the date of the credit/debit payment.

continued on next page

If you are required to make any payments under this agreement, make your check or money order payable to the United States Treasury and send it to:

> Internal Revenue Service
> P.O. Box 24015
> Fresno, CA 93779

Please send all other correspondence to:

> Internal Revenue Service
> PO Box 9006
> Holtsville, NY 11742-9006

You must promptly notify the Internal Revenue Service of any change in your address or marital status. This will ensure we have the proper address to advise you of the status of your offer.

If you have submitted a joint offer with your spouse or former spouse and you personally are meeting or have met all the conditions of your offer agreement, but your spouse or former spouse fails to adhere to the conditions of the offer agreement, your offer agreement will not be defaulted.

If you fail to meet any of the terms and conditions of the offer, the Internal Revenue Service will issue a notice to default the agreement. If the offer is defaulted, the original tax including all penalties and interest will be due. After issuance of the notice the Internal Revenue Service may:

- Immediately file suit to collect the entire unpaid balance of the offer.
- Immediately file suit to collect an amount equal to the original amount of the tax liability as liquidating damages, minus any payments already received under the terms of this offer.
- Disregard the amount of the offer and apply all amounts already paid under the offer against the original amount of the tax liability.
- File suit or levy to collect the original amount of the tax liability.

If you have any questions, please contact the person whose name and telephone number are shown in the upper right hand corner of this letter.

> Sincerely,
>
> Ms. C. McGrane
> Department Manager COIC

Enclosure
cc:POA                        SB Letter 673(AOIC) (3-2014)



**IRS** Department of the Treasury
Internal Revenue Service

CCP-LU ACS CORRESPONDENCE
P.O. BOX 145566, STOP 813G CSC
CINCINNATI, OH 45250-5566

**CERTIFIED MAIL**

9307110756206190308938

Letter Date:     03/14/2019
Taxpayer Identification Number:
  XXX-XX-8983
Person to Contact:
  G.J. CARTER-LOUIS
Contact Telephone Number:
  (800) 829-3903
Employee Identification Number:
  24-08PHIL

WILLIAM B JR MCNULTY
174 LINDEN ST
WINNETKA, IL 60093-3862

00341

## Notice of Federal Tax Lien Filing and Your Right to a Hearing Under IRC 6320

Dear WILLIAM B JR MCNULTY

We filed a Notice of Federal Tax Lien on  03/14/2019 .

| Type of Tax | Tax Period | Assessment Date | Amount on Lien |
|---|---|---|---|
| 1040 | 12/31/2005 | 04/20/2009 | 3094.03 |
| 1040 | 12/31/2006 | 04/20/2009 | 7413.44 |
| 1040 | 12/31/2009 | 09/09/2013 | 12253.31 |
| 1040 | 12/31/2010 | 09/09/2013 | 17348.78 |
| 1040 | 12/31/2011 | 09/09/2013 | 17963.64 |
| 1040 | 12/31/2015 | 11/21/2016 | 4234.02 |
| 1040 | 12/31/2016 | 06/05/2017 | 3723.56 |

NOTE: Please contact the person whose name and telephone number appears on this notice to obtain the current amount you owe. Additional interest and penalties may be increasing the amount on the lien shown above.

A lien attaches to all property you currently own and to all property you may acquire in the future. It also may damage your credit rating and hinder your ability to obtain additional credit.

You have the right to a hearing with us to appeal this collection action and to discuss your payment method options. To explain the different collection appeal procedures available to you, we have enclosed Publication 1660, Collection Appeal Rights.

You must request your hearing by  04/22/2019 . Please complete the enclosed Form 12153, *Request for a Collection Due Process or Equivalent Hearing,*and mail it to:

Internal Revenue Service
IRS-ACS/CDP
P.O. BOX 42346
PHILADELPHIA, PA 19101-2346

Letter 3172 (DO) rev. (3-2009)
Catalog No. 267671

**Denial or revocation of United States passport**

On December 4, 2015, as part of the Fixing America's Surface Transportation (FAST) Act, Congress enacted section 7345 of the Internal Revenue code, which requires the Internal Revenue Service to notify the State Department of taxpayers certified as owing a seriously delinquent tax debt. The FAST Act generally prohibits the State Department from issuing or renewing a passport to a taxpayer with seriously delinquent tax debt.

Seriously delinquent tax debt means an unpaid, legally enforceable federal tax debt of an individual totaling more than $50,000 for which, a Notice of Federal Tax lien has been filed and all administrative remedies under IRC § 6320 have lapsed or been exhausted, or a levy has been issued. If you are individually liable for tax debt (including penalties and interest) totaling more than $50,000 and you do not pay the amount you owe or make alternate arrangements to pay, or request a Collection Due Process hearing by 04/22/2019, we may notify the State Department that your tax debt is seriously delinquent. The State Department generally will not issue or renew a passport to you after we make this notification. If you currently have a valid passport, the State Department may revoke your passport or limit your ability to travel outside the United States. Additional information on passport certification is available at www.irs.gov/passports.

We will issue a Form 668(Z), *Certificate of Release of Notice of Federal Tax Lien* within 30 days:

- After you pay the full amount of your debt;
- We accept a bond guaranteeing payment of the amount owed; or
- A decision is made to adjust your account (i.e., during an Appeals hearing).

We have enclosed Publication 1450, *Instructions on How to Request a Certificate of Release of Federal Tax Lien.*

If you have any questions, please contact the person whose name and telephone number appear at the top of this letter.

Sincerely,

Director, Specialty Collections

Enclosures:
Publication 594, *The Collection Process*
Publication 1450, *Instructions on Requesting a Certificate of Release of Federal Tax Lien*
Publication 1660, *Collection Appeal Rights*
Form 668 (Y) (C), *Notice of Federal Tax Lien*
Form 12153, *Request for a Collection Due Process Hearing*

1872 Department of the Treasury - Internal Revenue Service

**Form 668 (Y)(c)**
(Rev. February 2004)

# Notice of Federal Tax Lien

| Area: | Serial Number | For Optional Use by Recording Office |
|---|---|---|
| SMALL BUSINESS/SELF EMPLOYED AREA #4 (800) 913-6050 | 345594619 | |

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

- This Notice of Federal Tax Lien has been filed as a matter of public record.
- IRS will continue to charge penalty and interest until you satisfy the amount you owe.
- Contact the Area Office Collection Function for information on the amount you must pay before we can release this lien.
- See the back of this page for an explanation of your Administrative Appeal rights.

Name of Taxpayer
WILLIAM B JR MCNULTY

Residence
174 LINDEN ST
WINNETKA, IL 60093-3862

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/2005 | XXX-XX-8983 | 04/20/2009 | 05/20/2019 | 3094.03 |
| 1040 | 12/31/2006 | XXX-XX-8983 | 04/20/2009 | 05/20/2019 | 7413.44 |
| 1040 | 12/31/2009 | XXX-XX-8983 | 09/09/2013 | 10/09/2023 | 12253.31 |
| 1040 | 12/31/2010 | XXX-XX-8983 | 09/09/2013 | 10/09/2023 | 17348.78 |
| 1040 | 12/31/2011 | XXX-XX-8983 | 09/09/2013 | 10/09/2023 | 17963.64 |
| 1040 | 12/31/2015 | XXX-XX-8983 | 11/21/2016 | 12/21/2026 | 4234.02 |
| 1040 | 12/31/2016 | XXX-XX-8983 | 06/05/2017 | 07/05/2027 | 3723.56 |

| Place of Filing | | |
|---|---|---|
| Recorder of Deeds Cook County Chicago, IL 60602 | Total | 66030.78 |

This notice was prepared and signed at CHICAGO, IL , on this.

the 04th day of March , 2019 .

| Signature *Joan Black* for G.J. CARTER-LOUIS | Title ACS SBSE (800) 829-3903 | 24-00-0008 |
|---|---|---|

(**NOTE:** Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax Lien
v. Rul. 71-466, 1971 - 2 C.B. 409)

Part 3 - Taxpayer's Copy

CAT. NO 60025X
Form **668 (Y)(c)** (Rev. 02-04)

## Lien

This Notice of Federal Tax Lien gives public notice that the government has a lien on all your property (such as your house or car), all your rights to property (such as money owed to you) and to property you acquire after this lien is filed.

### Your Administrative Appeal Rights

If you believe the IRS filed this Notice of Federal Tax Lien in error, you may appeal if any of the following conditions apply:

- You had paid all tax, penalty and interest before the lien was filed:

- IRS assessed tax after the date you filed a petition for bankruptcy;

- IRS mailed your notice of deficiency to the wrong address:

  You have already filed a timely petition with the Tax Court:

  The statute of limitations for collection ended before IRS filed the notice of lien.

### Your appeal request must be in writing and contain the following:

- Your name, current address and SSN/EIN;

- Copy of this notice of lien, if available:

- The specific reason(s) why you think the IRS is in error:

- Proof that you paid the amount due (such as cancelled check):

- Proof that you filed a bankruptcy petition before this lien was filed.

Send your written request to the IRS. Attention: Technical Services Group Manager, in the office where this notice of lien was filed.

### When This Lien Can Be Released

The IRS will issue a Certificate of Release of Federal Tax Lien within 30 days after:

- You pay the tax due, including penalties, interest, and any other additions under law, or IRS adjusts the amount due; or;

- The end of the time period during which we can collect the tax (usually 10 years).

Publication 1450. Request for Release of Federal Tax Lien, available at IRS offices, describes this process.

### When a Lien against Property can be Removed

The IRS may remove the lien from a specific piece of property if any of the following conditions applies:

- You have other property subject to this lien that is worth at least two times the total of the tax you owe, including penalties and interest, plus the amount of any other debts you owe on the property (such as a mortgage);

- You give up ownership in the property and IRS receives the value of the government's interest in the property:

- IRS decides the government's interest in the property has no value when you give up ownership:

- The property in question is being sold; there is a dispute about who is entitled to the sale proceeds; and the proceeds are placed in escrow while the dispute is being resolved.

Publication 783. Instructions on How to Apply for a Certificate of Discharge of Property from a Federal Tax Lien, available at IRS offices, describes this process.

## Gravamen

Este Aviso de Gravamen del Impuesto Federal da aviso publico que el gobierno tiene un gravamen en todas sus propiedades (tal como su casa o carro), todos sus derechos a propiedad (tales como el dinero que le adeudan a usted) y la propiedad que adquiera después que se presentó éste gravamen.

### Sus Derechos de Apelación Administrativos

Si usted cree que el IRS presentó éste Aviso de Gravamen del Impuesto Federal por error, usted puede apelar si cualquiera de las siguientes condiciones le aplican:

- Usted pagó todo el impuesto, multa, interés antes de que el gravamen fuera presentado;

- El IRS tasó el impuesto después del la fecha en que usted presentó una petición de quiebra;

- El IRS le envió por correo el aviso de deficiencia a una dirección incorrecta;

- Usted presentó a tiempo una petición ante la Corte de Impuesto;

- El IRS no presentó el aviso de gravamen dentro del término prescriptivo.

### Su petición de apelación tiene que estar por escrito y debe incluir lo siguiente:

- Su nombre, dirección actual y SSN/EIN;

- Una copia de este aviso de gravamen, si está disponible;

- La razón (o razones) especifica(s) por qué piensa que el IRS está erroneo;

- Prueba que pagó la cantidad adeudada (tal como un cheque cancelado);

- Prueba que presentó una petición de quiebra antes de que se presentara el gravamen.

Envie su petición por escrito al IRS. Atención: "Technical Services Group Manager" (Grupo de Gerente-Servicios Técnicos) en la oficina dónde este aviso de gravamen fue presentado.

### Cuando Este Gravamen Se Puede Cancelar

El IRS emitirá un Certificado de Cancelación de Gravamen del Impuesto Federal dentro de 30 dias después que:

- Usted paga el impuesto adeudado, incluyendo multas, intereses, y otras sumas adicionales según la ley, o el IRS ajusta la cantidad adeudada; o;

- Aceptemos una fianza garantizando el pago de su deuda;

- La expiración del término en que podemos cobrar el impuesto usualmente 10 años;

La Publicación 1450, en inglés: "Petición Para Cancelar el Gravamen de Impuesto Federal" describe este proceso y está disponible en las oficinas del IRS.

### Cuando un Gravamen en Contra de la Propiedad Puede Eliminarse

El IRS puede eliminar el gravamen de una propiedad especifica si cualquiera de las siguientes condiciones aplica:

- Usted tiene otra propiedad sujeta a este gravamen cuyo valor es por lo menos dos veces el total del impuesto que usted adeuda, incluyendo intereses y multas, más la cantidad de cualquiera de las otras deudas que adeuda sobre la propiedad (tal como una hipoteca);

- Usted cede su interés en la propiedad y el IRS recibe el valor del interés del gobierno en la propiedad;

- El IRS decide que el interés del gobierno en la propiedad no tiene valor alguno cuando usted cedió su interés en la propiedad;

- La propiedad gravada esta vendida; existe una co quién tiene derecho al producto de la venta; y se fondos recibidos en la venta en una cuenta espe resuelve la controversia.

La Publicación 783, en inglés, "Instrucciones de Cr Certificado de Relevo de la Propiedad de un Gra Federal", describe éste proceso y está disponible IRS.