IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION
CHICAGO

| | |
|---|---|
| MICHAEL MCNULTY, ) | |
| ) | Case No. 1:19-cv-7496-JZL |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| INTERNAL REVENUE SERVICE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**DEFENDANT'S MOTION TO DISMISS, OR ALTERNATIVELY,
MOTION FOR SUMMARY JUDGMENT**

The Defendant, the Internal Revenue Service (Service), moves to dismiss this case, or alternatively, for summary judgment, as there is no genuine dispute of material fact that Plaintiff Michael McNulty failed to exhaust his administrative remedies by submitted an appeal to the Service under the Freedom of Information Act or by submitting a proper request to the Service under the Privacy Act. Therefore, the Service asks this Court to dismiss this case with prejudice.

Dated: February 21, 2020

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

JOHN R. LAUSCH, JR.
United States Attorney

/s/ Emily K. Miller
EMILY K. MILLER
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C. 20044
202-353-7509 (v)
202-514-6866 (f)
Emily.K.Miller@usdoj.gov

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of February, 2020, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification to all parties registered to receive such filing. Additionally, I hereby certify that on the same date I have e-mailed and mailed the document by United States Postal Service to the following non-CM/ECF participants:

Michael McNulty
657 W. Fulton Street, Unit 601
Chicago, Illinois 60661
MichaelCMcNulty@sbcglobal.net

                                                  */s/ Emily K. Miller*
                                                  EMILY K. MILLER
                                                  Trial Attorney
                                                  United States Department of Justice, Tax Division