IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION
CHICAGO

| | |
|---|---|
| MICHAEL MCNULTY,  )<br> )<br>    Plaintiff,  )<br> )<br>v.  )<br> )<br>INTERNAL REVENUE SERVICE,  )<br> )<br>    Defendant.  )<br>_____ ) | Case No. 1:19-cv-7496-JZL |

**DEFENDANT'S STATEMENT OF UNDISPUTED MATERIAL FACTS**

The Service submits that there exists no genuine issues as to the material facts set forth in the numbered paragraphs below. These material facts are conclusively established by the uncontested paragraphs of Mr. McNulty's amended complaint, the attached exhibits to Mr. McNulty's amended complaint, and the declaration of Chief Counsel Law Clerk[1] Robert Bley (Bley Decl.), which the Service submits in support of this motion. The following facts are undisputed:

1. Plaintiff, Michael McNulty, is a resident of Illinois and holds a valid durable power of attorney for his father, William B. McNulty, Jr. ECF No. 11 at 2, Pl.'s Amended Complaint at ¶ 3.

2. Defendant, Internal Revenue Service (the Service), is an agency of the United States Government.

---

[1] Mr. Bley is a licensed attorney admitted to the State Bar of Virginia. His current title at the Service, however, is "law clerk," as the Service has not fully processed his paperwork to convert his title to "attorney." Bley Decl. at ¶ 1, n. 1.

3. Mr. McNulty brought this action under the Freedom of Information Act (FOIA), 5 U.S.C. § 552, and the Privacy Act of 1974, 5 U.S.C. § 552a, regarding a FOIA request he submitted with the Service on February 27, 2019. ECF No. 11 at 1–3, Pl.'s Amended Complaint at ¶¶ 2 and 9.

4. In the FOIA request he submitted on February 27, 2019, Mr. McNulty requested three categories of records for tax years 2005 through 2018: (1) All notes of correspondence between Michael C. McNulty, William B. McNulty Jr., and James Malone; (2) all notes of correspondence between Curtiss Ross and the Service; and (3) all notes of correspondence having anything to do with William B. McNulty for the requested tax years. ECF No. 11 at 7, Exhibit A to Pl.'s Amended Complaint.

5. The Service assigned Mr. McNulty's FOIA request a case number: F19059-002. ECF No. 11 at 11, Exhibit C to Pl.'s Amended Complaint.

6. The Service responded to Mr. McNulty's FOIA Request on June 4, 2019. ECF No. 11 at 11, Exhibit C to Pl.'s Amended Complaint.

7. The Service informed Mr. McNulty it found no records responsive to the second category of his request (notes of correspondence between Curtiss Ross and the Service for tax years 2005 through 2018). ECF No. 11 at 12, Exhibit C to Pl.'s Amended Complaint.

8. The Service located 607 pages responsive to Mr. McNulty's first request (notes of correspondence between Michael C. McNulty, William B. McNulty Jr., and James Malone for tax years 2005 through 2018) and Mr. McNulty's third request (all notes of correspondence having anything to do with William B. McNulty for the tax years 2005 through 2018). ECF No. 11 at 12, Exhibit C to Pl.'s Amended Complaint.

9. Of the 607 records the Service located, the Service withheld from disclosure six pages in part and one page in full asserting FOIA Exemptions pursuant to 5 U.S.C. § 552(b)(3) (FOIA Exemption 3) and 5 U.S.C. § 552(b)(5) (FOIA Exemption 5). ECF No. 11 at 12, Exhibit C to Pl.'s Amended Complaint.

10. With its response, the Service also notified Mr. McNulty of his appeal rights, specifically:

> You have the right to file an administrative appeal within 90 days of the date of this letter. By filing an appeal, you preserve your rights under FOIA and give the agency a chance to review and reconsider your request and the agency's decision. I've enclosed Notice 393, Information on an IRS Determination to Withhold Records Exempt from the Freedom of Information Act – 5 U.S.C. § 552, to explain your appeal rights.

ECF No. 11 at 13, Exhibit C to Pl.'s Amended Complaint.

11. Mr. McNulty received this response and the Notice 393, as evidenced by Mr. McNulty attaching them as exhibits to his amended complaint. ECF No. 11 at 12–15, Exhibit C to Pl.'s Amended Complaint.

12. Mr. McNulty's filings contain no evidence that he submitted a FOIA Appeal with the Service before filing this suit. ECF No. 11, Pl.'s Amended Complaint.

13. The Services uses a database called Automated Freedom of Information Act (AFOIA) System to maintain FOIA case file information and secure documents responsive to FOIA requests. Bley Decl. at ¶ 11.

14. The AFOIA system is searchable by the requester's name, case number, case name, and taxpayer identification number. Bley Decl. at ¶ 11.

15. The Government Information Specialist in the Service's Disclosure Office, Denise Higley, searched the AFOIA system and found no FOIA Appeal submitted by Mr. McNulty. Bley Decl. at ¶ 12–13.

16. The Service uses a database called Appeals Centralized Database System (ACDS) to capture all information relating to an appeal of a FOIA determination made by the Service. Bley Decl. at ¶ 14.

17. The ACDS database is searchable by the requestor's name, case number, case name, and taxpayer identification number. Bley Decl. at ¶ 14.

18. The Appeals Officer, who is a point of contact for the Service to inquire about FOIA appeals, Theresa Carillo, searched the ACDS database for all FOIA Appeals received by the Service and found it had not received any FOIA Appeals from Mr. McNulty. Bley Decl. at ¶ 12–13.

19. The Service received no FOIA Appeal regarding Mr. McNulty's February 27, 2019, FOIA Request (Case # F19059-0002) before Mr. McNulty filed this suit. Bley Decl. at ¶¶ 9–14.

Dated: February 21, 2020

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

JOHN R. LAUSCH, JR.
United States Attorney

*/s/ Emily K. Miller*
EMILY K. MILLER
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C. 20044
202-353-7509 (v)
202-514-6866 (f)
Emily.K.Miller@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of February, 2020, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification to all parties registered to receive such filing. Additionally, I hereby certify that on the same date I have e-mailed and mailed the document by United States Postal Service to the following non-CM/ECF participants:

Michael McNulty
657 W. Fulton Street, Unit 601
Chicago, Illinois 60661
MichaelCMcNulty@sbcglobal.net

                                        */s/ Emily K. Miller*
                                        EMILY K. MILLER
                                        Trial Attorney
                                        United States Department of Justice, Tax Division