IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION
CHICAGO

| | |
|---|---|
| MICHAEL MCNULTY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>INTERNAL REVENUE SERVICE, )<br>)<br>Defendant. )<br>) | Case No. 1:19-cv-7496-JZL |

## DECLARATION OF ROBERT H. BLEY

I, ROBERT H. BLEY, pursuant to the provisions of 28 U.S.C. § 1746(2) declare as follows:

1. I am a law clerk[1] in Branch 7 within the Office of Associate Chief Counsel for Procedure & Administration (P&A), a national office practice group within the Internal Revenue Service's Office of Chief Counsel in Washington, D.C. I have been employed by the Internal Revenue Service (IRS) since September, 2019. As part of my official duties, I am responsible for assisting the Department of Justice with the IRS' views on defending against claims made pursuant to the Freedom of Information Act, 5 U.S.C. § 552 (FOIA). These duties require that I have knowledge of the procedures and requirements for making FOIA requests.

---

[1] I am recently admitted to the State Bar of Virginia and am currently a licensed attorney. My official title at the IRS Chief Counsel's office is currently "Law Clerk," but will switch to "General Attorney" once the IRS Administrative Office has processed my forms from the State Bar of Virginia showing I am a licensed attorney in Virginia.

2. On November 13, 2019, Michael McNulty (Plaintiff) filed a civil Complaint against the IRS. He subsequently amended his complaint to include exhibits. In his Complaint, Plaintiff states he sent a FOIA request to the IRS on February 27, 2019. He has attached his FOIA request as Exhibit A.

3. Plaintiff's Complaint includes several other exhibits: Exhibit B, *IRS Letter to McNulty, Request for Additional Extension of Time*; Exhibit C, *IRS Response to FOIA Request*; Exhibit D, *William B. McNulty, Jr.'s Offer in Compromise*; Exhibit E, *IRS Acceptance of Offer in Compromise*; and Exhibit F, *Notice of Federal Tax Lien Filing and Your Right to a Hearing Under IRC 6320*.

4. On December 17, 2019 this case was assigned to me.

### Plaintiff's FOIA Request

5. In his FOIA request, Plaintiff requested three categories of records for tax years 2005 through 2018: (1) All notes of correspondence between Michael C. McNulty, William B. McNulty Jr., and James Malone; (2) all notes of correspondence between Curtiss Ross and the IRS; and (3) all notes of correspondence having anything to do with William B. McNulty for the requested tax years. (*See,* Plaintiff's Exhibit A, *FOIA Request*, and Plaintiff's Exhibit C, *IRS Response to FOIA Request.*)

6. On June 4, 2019, the IRS responded to Plaintiff's FOIA request providing 606 pages of records pertaining to Plaintiff's first and third requests. The IRS found no responsive records pertaining to Plaintiff's second request. (*See,* Plaintiff's Exhibit C, *IRS Response to FOIA Request.*)

7. The IRS indicated to Plaintiff it was withholding six pages in part and one page in full pursuant to FOIA Exemptions (b)(3) and (b)(5). (*See*, Plaintiff's Exhibit C, *IRS Response to FOIA Request.*)

8. The IRS Response to Plaintiff included the following paragraph,:

> You have the right to file an administrative appeal within 90 days of the date of this letter. By filing an appeal, you preserve your rights under FOIA and give the agency a chance to review and reconsider your request and the agency's decision. I've enclosed Notice 393, Information on an IRS Determination to Withhold Records Exempt from the Freedom of Information Act – 5 U.S.C. § 552, to explain your appeal rights.

<u>The Internal Revenue Service did not receive an Administrative Appeal from Plaintiff</u>

9. On February 20, 2020, I emailed Denise Higley, a Government Information Specialist in the IRS's Disclosure Office, informing her that the IRS was served with a FOIA Complaint filed by Michael McNulty and asking for information about the Plaintiff's FOIA request.

10. On February 20, 2020, Denise Higley responded with an email stating that she searched the Disclosure Office's Automated Freedom of Information Act (AFOIA) system and did not find any records of the Plaintiff filing a FOIA appeal.

11. The Automated Freedom of Information Act (AFOIA) system is the IRS's computerized database which is used to maintain FOIA case file information and secure documents responsive to FOIA requests. Data is retrievable in AFOIA by the requester's name, case number, case name, and tax identification number (Social Security number for individuals).

12. On February 13, 2020, I emailed Theresa Carillo, an Appeals Officer in the IRS's FOIA Appeals Office, informing her that the IRS was served with a FOIA Complaint filed by Michael McNulty and asking for information about the Plaintiff's FOIA request.

3

13. On February 13, 2020, Theresa Carrillo responded with an email stating that she searched the Appeals Offices' Appeals Centralized Database System (ACDS) using the Plaintiff's name and FOIA request number and did not find any records of a FOIA appeal case for the Plaintiff.

14. The ACDS is the IRS's computerized case control system used to track cases throughout the appeal process. The ACDS contains any and all records relating to an appeal of a FOIA determination. Data is retrievable in the ACDS system by requester's name, tax identification number (Social Security number for individuals), and FOIA request number.

15. The procedure for submitting FOIA requests and FOIA appeals to the IRS is publicly available. *See, e.g.*, https://www.irs.gov/privacy-disclosure/freedom-of-information-act-foia-guidelines.

I declare under penalty of perjury and pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed on ___February 20___, 2020, in Washington, D.C.

_____
ROBERT H. BLEY
Office of Chief Counsel
Procedure and Administration
Internal Revenue Service

4