IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION
CHICAGO

| | |
|---|---|
| MICHAEL MCNULTY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> INTERNAL REVENUE SERVICE, ) <br> ) <br> Defendant. ) <br> _____ ) | Case No. 1:19-cv-7496-JZL |

**ORDER**

This matter is before the Court on the motion of the Defendant, the Internal Revenue Service, to dismiss or, in the alternative, for summary judgment. The Court finds that the Plaintiff, Michael McNulty, has failed to exhaust his administrative remedies. Accordingly, and the Court being sufficiently advised, the Defendants' motion is **GRANTED** and the Plaintiffs' Complaint is **DISMISSED WITH PREJUDICE**.

This the _____ day of _____, 2020.

_____
Hon. John Z. Lee
United States District Judge
Northern District of Illinois