UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT ILLINOIS

MICHAEL MCNULTY, )
      Plaintiff )    Case No. 1:19-cv-7496-JZL
 )
Versus )
 )
INTERNAL REVENUE SERVICE, )
      Defendant )
 )

## PLAINTIFF'S UNOPPOSED MOTION TO CONTINUE

On February 25, 2020, the United States filed its MOTION TO DISMISS, or in the alternative, MOTION FOR SUMMARY JUDGEMENT. Pursuant to Rule 6 of the Federal Rules of Civil Procedure and correspondence between Plaintiff and the US Attorney, Plaintiff requests a continuance of this matter from June 5, 2020, pursuant to the March 16, 2020 N.D. Illinois Order until June 15, 2020 pursuant to Plaintiff's agreement with the US Attorney. *See* Ex. A.

Respectfully Submitted,

*[signature]*

Michael McNulty, *pro se*

657 W. Fulton Street, Unit 601

Chicago IL 60661

Fw: McNulty v. IRS 19:07496

From: Michael C McNulty (michaelcmcnulty@sbcglobal.net)

To: michaelcmcnulty@sbcglobal.net

Date: Wednesday, May 13, 2020, 12:22 PM CDT

---

**From:** Miller, Emily K. (TAX) <emily.k.miller@usdoj.gov>
**To:** Michael C McNulty <michaelcmcnulty@sbcglobal.net>
**Sent:** Thursday, April 9, 2020, 05:54:02 AM CDT
**Subject:** RE: McNulty v. IRS 19:07496

Mr. McNulty,

The United States will not join your motion for extension of time, but I will not object to a motion for an extension through Monday, June 15.

The Court originally allotted you 25 days to respond. If the Court permits you to extend your deadline until June 15, that gives you a total of 112 days to respond.

---

Emily K. Miller

Trial Attorney

United States Department of Justice, Tax Division

P.O. Box 227

Washington, DC 20044

emily.k.miller@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT ILLINOIS

| | |
|---|---|
| MICHAEL MCNULTY,<br>   Plaintiff<br><br>Versus<br><br>INTERNAL REVENUE SERVICE,<br>   Defendant | Case No. 1:19-cv-7496-JZL |

**DRAFT ORDER**

This matter is before the Court on the PLAINTIFF's UNOPPOSED MOTION TO CONTINUE. The parties being in agreement and the Court being sufficiently advised, it is hereby **ORDERED** that the Plaintiff's Unopposed Motion to Continue for extra time is **GRANTED**, and the Plaintiff shall have **up to and including Monday, June 15th, 2020,** by which to file an answer or otherwise responsive pleading.

Dated: May 20th, 2020

                        **John Z. Lee, District Judge**
                        **United States District Court**
                        **Northern District of Illinois**