FILED
6/23/2020
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT
TG

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT ILLINOIS

MICHAEL MCNULTY, )
        Plaintiff )   Case No. 1:19-cv-7496-JZL
 )
Versus )
 )
INTERNAL REVENUE SERVICE, )
        Defendant )
 )

## PLAINTIFF'S UNOPPOSED MOTION TO SEAL ECF FILE's 11 AND 28

It was brought to Plaintiff's attention by the US Attorney for the Internal Revenue Service ("the Service") after filing his OPPOSITION to the Service's MOTION TO DISMISS OR IN THE ALTERNATIVE, SUMMARY JUDGEMENT; that Plaintiff failed to remove some Social Security Numbers (SSN's) from certain exhibits containing documents related to individuals with interest to this lawsuit. This *pro se* Plaintiff has reviewed Local Rules 5.6 and 26.2 in an attempt to ensure that these documents will become sealed.

1. Plaintiff requests that ECF 11 and 28 be sealed by the Court in order to preserve the privacy of personal identifying information of interested parties to this lawsuit. *See Ex. A, US Attorney and Plaintiff correspondence for the Sealing of ECF 11 and 28.*

Respectfully Submitted,

*[signature]*

Michael McNulty, *pro se*

657 W. Fulton Street, Unit 601

Chicago IL 60661

Fw: Activity in Case 1:19-cv-07496 McNulty v. Internal Revenue Service reply to response to motion

From: Michael C McNulty (michaelcmcnulty@sbcglobal.net)

To: michaelcmcnulty@sbcglobal.net

Date: Tuesday, June 23, 2020, 12:23 PM CDT

---

From: "Miller, Emily K. (TAX)" <emily.k.miller@usdoj.gov>
Date: June 23, 2020 at 5:54:13 AM CDT
To: Michael C McNulty <michaelcmcnulty@sbcglobal.net>
Subject: RE: Activity in Case 1:19-cv-07496 McNulty v. Internal Revenue Service reply to response to motion

Good morning, Mr. McNulty,

I didn't receive your email until this morning, so I apologize for any delay. I consent to a motion to seal with regards to the social security numbers in ECF 11 and/or ECF 28. If the Judge grants your motion, he will likely also require you to refile the documents with correct redactions.

I will also note that the rules do not permit a surreply: I filed a motion, the rules allow you to file a response, and then I'm permitted to file a reply. (See ECF No. 19 where Judge Lee set the initial schedule for response and reply.) You would need to file a motion for leave to file a surreply. Judges typically only permit a surreply in circumstances where a reply raises new arguments or evidence for the first time.

---

Emily K. Miller

Trial Attorney

United States Department of Justice, Tax Division

P.O. Box 227

Washington, DC 20044

emily.k.miller@usdoj.gov

**From:** Michael C McNulty <michaelcmcnulty@sbcglobal.net>
**Sent:** Monday, June 22, 2020 5:14 PM
**To:** Miller, Emily K. (TAX) <Emily.K.Miller@tax.USDOJ.gov>
**Cc:** Michael McNulty <michaelcmcnulty@sbcglobal.net>
**Subject:** Re: Activity in Case 1:19-cv-07496 McNulty v. Internal Revenue Service reply to response to motion

Good Afternoon Emily,

I received your email, thank you.

Pertaining to the Motion to Seal, given that we recently discussed ECF 28, we had prior discussed some necessary redactions in ECF 11. I had attempted to address them with the clerk of the court; phone calls went unanswered including an email pertaining to the ECF 11 redactions. Would you be opposed to me including ECF 11 in the Motion to Seal pertaining to ECF 28? I plan on filing the Motion to Seal tonight so long as I already have your confirmation to whether to include ECF 11 as well or not. Otherwise, I will await your response and file it tomorrow.

Additionally, in my Opposition filed June 15th, I recently noticed that I failed to submit the marked copies of my exhibits. Pleased be advised that I plan on addressing my mistake to the court in my Sur-Reply that will also address various issues I have with your response filed today.

Best,

Michael